UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN SERVICE CORPORATION, )<br>a Florida corporation, and FULL SERVICE )<br>SYSTEMS, a Florida corporation, )<br>  )<br>  Plaintiffs, )<br>  )<br>  vs. )<br>  )<br>EXCEL BUILDING SERVICES, INC., )<br>dba E.B.S., INC., a Nevada corporation, )<br>et al., )<br>  )<br>  Defendants. )<br>_____) | 3:05-CV-0297-ECR (RAM)<br><br>MINUTES OF THE COURT<br><br>January 23, 2008 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Defendants/Counterclaimants have filed a Motion to Clarify the Court's September 25, 2007, Minute Order (Doc. #148). Defendants' interpretation of the court's Minute Order is correct and Defendants/Counterclaimants' Motion (Doc. #148) is GRANTED.

     IT IS SO ORDERED.

                                                          LANCE S. WILSON, CLERK
                                                          By:          /s/
                                                              Deputy Clerk